AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

ROBERT GENE BAILEY, )
    Plaintiff, )
)
v. )
)
) **JUDGMENT IN A CIVIL CASE**
WILLIAM C. TOMAN, JR., R.M. ASHLEY, ) **CASE NO. 5:13-CV-487-D**
P.J. GRAHAM, RON SMITH, UNKNOWN )
FEMALE OFFICER, C.C. BLAKE, JOSEPH )
GARDNER and KEN'S MUFFLER AND )
STORAGE, )
    Defendants. )

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that this case is DISMISSED pursuant to 28 U.S.C. § 1915(g). IT IS ALSO ORDERED that a pre-filing injunction is entered against the Plaintiff, and the Clerk shall return to Plaintiff, unfiled, any new civil action which:

1. Names any of the following as a defendant, regardless of any other defendants named: R.M. Ashley, C.C. Blake, Joseph Gardner, P.J. Graham, K.D. Mackey, North Carolina Department of Motor Vehicles, North Carolina Division of Motor Vehicles, Ron Smith, Bill Toman, William C. Toman, Jr., or Unknown Female Officer; or

2. Contains any allegation of the illegal taking and holding of titles, vehicles, files, cash, jewelry, home files, pool files, or bath files; or

3. Fails to contain a statement on a separate page from the complaint that makes specific, clear factual allegations showing a possibility that Bailey is in imminent danger of serious physical injury pursuant to 28 U.S.C. *§* 1915(g).

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **AUGUST 19, 2013** WITH A COPY TO:

Robert Gene Bailey, Pro Se (Via USPS to (0014848) Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

| | |
|---|---|
| August 19, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| Raleigh, North Carolina | /s/ Debby Sawyer |
| | (By) Deputy Clerk |